**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00798-CV

### DAVID FLORES, Appellant

### V.

### BLANCA FLORES, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17367**

## ORDER
### Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is appellant's June 2, 2015 motion for rehearing. We **DENY** appellant's motion for rehearing. On the Court's own motion, we **WITHDRAW** our opinion and **VACATE** our judgment of May 18, 2015. This appeal is **REINSTATED**.

The filing fee and appellants' brief in this case are overdue. Appellant is **ORDERED** to remit the $195 filing fee within **FIVE DAYS** of the date of this order. Failure to do so will result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 5; 42.3(c). Appellant's brief shall be filed within **THIRTY DAYS** of the date of this order. Failure to do so will result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c). Absent extraordinary circumstances, no further extensions of time will be granted.

The Clerk of the Court is **DIRECTED** to remove the email address aojlaw@aol.com from lead counsel for appellant's contact information and to send copies of this order to appellant's lead counsel at both his physical address and by electronic transmission to his current email address olveralaw@hotmail.com

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE